IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

    Plaintiff,

vs.                            Case No. 10-10168-JTM

Bruno Garcia-Salaises,

    Defendant.

## MEMORANDUM AND ORDER

Defendant Bruno Garcia-Salaises has two motions on file. The first, a Motion for Discovery, Inspection, and Production of Evidence (Dkt. 18), seeks information relating to confidential informants, as well as information underlying the Reno County search warrants. The government shall respond to the defendant's motion on or before March 23, 2011. The court then will set a hearing on defendant's motion, if it finds a hearing necessary.

Defendant's Motion for Leave to File Additional Motions (Dkt. 17) is denied. Should additional motions become necessary, defendant may seek leave to file them at that time.

IT IS ACCORDINGLY ORDERED this 18th day of March, 2011, that the defendant's Motion for Leave (Dkt. 17) is hereby denied.

                                                               s/ J. Thomas Marten
                                                               J. THOMAS MARTEN, JUDGE